# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: **AFFILIATED FOODS, INC**  
Debtor

Case # **99-50505**  
Chapter **11**



## MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

JM Partners LLC as Agent for Georgia Pacific Consumer Products LP - itself the successor to Fort James Corporation (the "original creditor" with respect to the Unclaimed Funds) (hereinafter "Creditor" or "Claimant"), hereby petitions the Court to enter an order directing payment of unclaimed funds in the amount of **$26,475.92** being held in the Registry of the Clerk, United States Bankruptcy Court. In support of this Application, Applicant respectfully represents as follows:

1) I am petitioning to receive the total amount of **$26,475.92**, which is the sum of all monies deposited with the Court by the case trustee on behalf of the original creditor **Fort James Corporation, nka Georgia Pacific Consumer Products LP.**

2) I am the **Managing Member** of **JM Partners LLC**, who is the Agent for Creditor, and I have enclosed evidence of my authority. I am aware of all pertinent law requirements regarding the recovery of unclaimed funds.

3) I have included herewith proper evidence of the ownership of the account.

4) I understand that, pursuant to 18 U.S.C. 152, I may be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

**Respectfully** submitted this ___29___ day of ___May___, 2008

Signature of Applicant/Petitioner  
**John J. Marshall / Manager**  
**JM Partners LLC**  
**PO Box 29940**  
**Richmond, VA 23242-0940**  
**Phone 804-740-2972**

**76-0726906**  
FIN # for JM Partners LLC

xxx-xx-**6885**  
Social Security # of John Marshall

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

---

In re:  **AFFILIATED FOODS, INC**                Case # **99-50505**
Debtor                                            Chapter **11**

---

## AFFIDAVIT OF SERVICE

Notice is hereby given to the Court that on _____ the following parties:

**United States Attorney**
ATTN: Civil Procedures Clerk
400 E. 9th Street
Kansas City, MO 64106

were served **via first class mail, postage prepaid**, with a full, true and complete copy of the Motion by **JM Partners LLC (as Agent for Georgia Pacific Consumer Products LP, itself the successor to Fort James Corporation (the original creditor with respect to the Unclaimed Funds)** for the release of unclaimed funds in the above case.

Respectfully submitted,

_6/4/08_                                            _____
**Date**                                             John J. Marshall / JM Partners LLC