IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI



| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 99-50505-1-11 et al |
| Affiliated Foods, Inc. et al § | |
| § | |
| DEBTOR. § | |
| § | |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Royal Oak Enterprises, LLC, claimant, hereby petitions the Court for $7,606.58, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Gulf Lite & Wizard, Inc., creditor. A dividend check in the amount totaling $7,606.58 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original check was mailed to Gulf Lite & Wizard, Inc. at Drwer# 6046, PO Box 830604, Birmingham, AL 35283. That address is no longer valid. Gulf Lite & Wizard, Inc. changed its name to Royal Oak Sales, Inc., as evidenced by exhibit A. Royal Oak Sales, Inc. merged with its subsidiary Royal Oak Enterprises, Inc. and became Royal Oak Enterprises, Inc., as evidenced by exhibit B. Royal Oak Enterprises, Inc. converted into an LLC and became Royal Oak Enterprises, LLC, also evidenced by exhibit B. Thomas J. Aylward is an officer of the company, as evidenced by exhibit C.

The creditor's current mailing address, phone and social security/tax identification number are:

Royal Oak Enterprises, LLC
Thomas J. Aylward Executive Vice President and CFO
1 Royal Oak Ave.
Roswell, GA 30076-7583
678-461-3200
Last four digits of SSN/TIN: 6832

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of **$7,606.58** made payable to **Royal Oak Enterprises, LLC** c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: January 22, 2010      Respectfully Submitted: _____

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Royal Oak Enterprises, LLC
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

On 1/22/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
[Seal] for the State of Washington, County of King
My Commission Expires: July 29, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                                         §
                                               §
    Affiliated Foods, Inc. et al               §    CASE NO. 99-50505-1-11 et al
                                               §
DEBTOR.                                        §
                                               §
                                               §

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on January 22, 2010, I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
Bradley J. Schlozman, USA
Charles E. Whittaker Courthouse
400 E. 9th Street
Kansas City, MO 64106

Affiliated Foods, Inc. et al
Debtor
6950 King Hill Ave.
Saint Joseph, MO 64502

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 22, 2010          Respectfully Submitted:  _____
                                                          Brian J. Dilks, Managing Member
                                                          Dilks & Knopik, LLC, Attorney in Fact for
                                                          Royal Oak Enterprises, LLC
                                                          PO Box 2728
                                                          Issaquah, WA 98027
                                                          (425) 836-5728